

NUMBER 13-12-00770-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

JAMES FRAZIER,                                                              Appellant,

v.

DALE WILLIAMS D/B/A QUALITY
AIR HEATING AND AIR CONDITIONING,                              Appellee.

**On appeal from the 135th District Court
of Jackson County, Texas.**

# MEMORANDUM OPINION

**Before Justices Benavides, Perkes, and Longoria
Memorandum Opinion Per Curiam**

Appellee, Dale Williams d/b/a Quality Air Heating and Air Conditioning ("Quality Air"), has filed an unopposed motion for partial dismissal. According to this motion, Quality Air has reached a settlement with GNRC Realty, LLC and, accordingly, asks that

its cross-action against appellant James Frazier be dismissed as this issue has become moot. Frazier has an existing issue on appeal against GNRC Realty, LLC from the judgment below. Quality Air asserts that Frazier's existing issue will not be affected by the requested dismissal of Quality Air's cross-action, and that Frazier's appeal should remain pending before the Court.

Texas Rule of Appellate Procedure 42.1 allows this Court to dismiss an appeal unless disposition would prevent a party from seeking relief to which it would otherwise be entitled. *See* TEX. R. APP. P. 42.1(a)(1). In addition, Rule 42.1 expressly allows for a severance on appeal to dispose of a severable portion of the proceeding if a severance will not prejudice the remaining parties. *See id.* 42.1(b).

The Court, having considered the documents on file and Quality Air's partial motion to dismiss, is of the opinion that the motion should be granted. *See id.* 42.1(a). Frazier's issue on appeal is ordered SEVERED and will be docketed in this Court under cause number 13-14-00447-CV, and will proceed in due course.

Quality Air's motion for partial dismissal is hereby GRANTED. Each party will bear its own appellate costs and attorney's fees. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant.").

PER CURIAM

Delivered and filed the
21st day of August, 2014.